**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1384
_____

Bruce Bell, Jr.,                    *
                                    *
        Appellant,                  *
                                    * Appeal   from   the   United
States
    v.                              * District Court for the
                                    * Eastern    District    of
Arkansas.
Shirley S. Chater, Commissioner,                        *
S o c i a l  Security Administration,                   *
    (UNPUBLISHED)
                                    *
        Appellee.                   *

_____

                        Submitted: October 3, 1997
                                Filed: October 14,
1997
_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

    Bruce Bell, Jr., appeals the district court's[1] order
granting summary judgment affirming the Commissioner's
decision to deny Bell disability insurance benefits and
supplemental security income.  After reviewing the record
and  the  parties'  submissions,  we  conclude  the

---

[1]The Honorable H. David Young, United States Magistrate Judge for the
Eastern District of Arkansas, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

Commissioner's decision is supported by substantial evidence on the

record as a whole. See Piepgras v. Chater, 76 F.3d 233, 236 (8th Cir. 1996) (standard of review). We further conclude the district court did not abuse its discretion in denying Bell's motion to supplement the record and remand. See Geigle v. Sullivan, 961 F.2d 1395, 1397 (8th Cir. 1992) (standard of review); Woolf v. Shalala, 3 F.3d 1210, 1215 (8th Cir. 1993) (circumstances permitting 42 U.S.C. § 405(g) remand).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.